UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR267(RNC) |
| ERIC WILKS | : | February 10, 2005 |

MOTION FOR RETURN OF PROPERTY

The defendant respectfully moves the Court for an order returning the defendant's passport to him. As a condition of pretrial release, the defendant was ordered to surrender his passport to the Clerk of the Court. The defendant did so. Now that his case is over, he respectfully requests that the passport be returned to the undersigned counsel on his behalf. The government has no objection to the granting of this motion.

Respectfully submitted,

The Defendant,
Eric Wilks

Thomas G. Dennis
Federal Defender

Dated: February 10, 2005
/s/
Terence S. Ward
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. Ct00023
(860) 493-6260
Email: terence.ward@fd.org

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing motion for return of property has been mailed to Deborah Slater, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 10 day of February 2005.

/s/
Terence Ward